01

02

03

04

05

06                      UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08   UNITED STATES OF AMERICA,            )   CASE NO. 06-562M
                                          )
09           Plaintiff,                   )
                                          )
10           v.                           )
                                          )   DETENTION ORDER
11   JOSE ROSALIO JIMENEZ MENDOZA,        )
                                          )
12           Defendant.                   )
     _____    )

13

14   Offense charged:

15       Conspiracy to Distribute Methamphetamine

16   Date of Detention Hearing:    October 24, 2006

17       The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18   based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19   that no condition or combination of conditions which defendant can meet will reasonably assure

20   the appearance of defendant as required and the safety of other persons and the community.

21       FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

22       (1)     Defendant is charged by indictment in the District of Idaho with conspiracy to

DETENTION ORDER                                                      15.13
18 U.S.C. § 3142(i)                                                  Rev. 1/91
PAGE 1

01 distribute 500 grams or more of a substance containing methamphetamine.  He has waived an

02 identity hearing and an Order of Transfer has been signed.

03         (2)       Defendant's criminal history includes prior failures to appear and failures to comply

04 with court orders.  He was not interviewed by Pretrial Services, so there is limited background

05 information available.

06         (3)       Defendant does not contest detention.  He wishes to have local counsel in the

07 District of Idaho re-raise the issue when he appears in that district.

08         (4)       Defendant poses a risk of nonappearance due to lack of verified background

09 information, lack of known ties to this District, and a history of failing to appear and failing to

10 comply with court orders.  Defendant poses a risk of danger due to criminal history.

11         (5)       There does not appear to be any condition or combination of conditions that will

12 reasonably assure the defendant's appearance at future Court hearings while addressing the danger

13 to other persons or the community.

14 It is therefore ORDERED:

15         (1)       Defendant shall be detained pending trial and committed to the custody of the

16                     Attorney General for confinement in a correction facility separate, to the extent

17                     practicable, from persons awaiting or serving sentences or being held in custody

18                     pending appeal;

19         (2)       Defendant shall be afforded reasonable opportunity for private consultation with

20                     counsel;

21         (3)       On order of a court of the United States or on request of an attorney for the

22                     Government, the person in charge of the corrections facility in which defendant is

DETENTION ORDER                                   15.13
18 U.S.C. § 3142(i)                                   Rev. 1/91
PAGE 2

01           confined shall deliver the defendant to a United States Marshal for the purpose of

02           an appearance in connection with a court proceeding; and

03    (4)     The clerk shall direct copies of this Order to counsel for the United States, to

04           counsel for the defendant, to the United States Marshal, and to the United States

05           Pretrial Services Officer.

06    DATED this <u>24th</u> day of October, 2006.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER                                          15.13
18 U.S.C. § 3142(i)                                    Rev. 1/91
PAGE 3